**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENER JOSE RODRIGUEZ-DIAZ,<br>(A-Number: 246-549-267)<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN OF THE MESA VERDE<br>DETENTION CENTER,<br><br>        Respondent. | No.  1:26-cv-02421 JLT FJS (HC)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS<br>(Doc. 8)<br><br>ORDER GRANTING PETITION FOR WRIT<br>OF HABEAS CORPUS IN PART,<br>DIRECTING RESPONDENTS TO PROVIDE<br>BOND HEARING, AND DIRECTING<br>CLERK OF COURT TO ENTER JUDGMENT<br>AND CLOSE CASE |

Kener Jose Rodriguez-Diaz is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition in part. (Doc. 8.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (Doc. 8.) On April 28, 2026, Respondent filed objections. (Doc. 9.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Based upon the foregoing, the

1

Court **ORDERS**:

1. The Findings and Recommendations issued on April 21, 2026, (Doc. 8), are **ADOPTED** in full.

2. The petition for writ of habeas corpus is **GRANTED IN PART**.

3. Respondents **SHALL PROVIDE** Petitioner with a bond hearing within fourteen days before an immigration judge at which the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk or to release Petitioner on appropriate conditions of supervision.

4. The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **April 29, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE